**LAW OFFICES OF VICKI I. SARMIENTO**
VICKI I. SARMIENTO, SBN 134047
333 North Garfield Avenue
Alhambra, California 91801
Telephone: (626) 308-1171

**LAW OFFICES OF MARYLON M. BOYD**
MARYLON M. BOYD, SBN 139642
TANYA MEYERS, SBN 148543
405 14TH Street, Suite 1012
Oakland, CA 94612
Telephone: (510) 663 – 8772
Facsimile: (510) 663-8781

Attorneys for Marylon Boyd,
Executor of the Estate of Cammerin K. Boyd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLON BOYD, Executor of the Estate of CAMMERIN BOYD,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, OFFICER J. SENA, OFFICER J. MCGUINN and DOES 1 to 20, inclusive,<br><br>Defendants. | Case No.: C- 03 3391 JL<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO** ~~JULY 20, 2005~~<br><br>August 3, 2005 |

**IT IS HEREBY STIPULATED** by and between the attorneys for Plaintiffs MARYLON BOYD, for herself and as Executor of the Estate of CAMMERIN BOYD, and Defendants CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, OFFICER J. SENA AND OFFICER J. MCGUINN, that the Case Management Conference Currently set for June 15, 2005 is continued to 8/3/05 ~~July 20, 2005,~~ at 10:30 a.m. in Department F, 15th Floor.

1

Stipulation and Proposed Order to Continue CMC

**SO STIPULATED:**

Dated: June 6, 2005          **LAW OFFICES OF MARYLON M. BOYD**

_____
Marylon M. Boyd, Attorney for Plaintiff

Dated:_____        **CITY ATTORNEY OF OAKLAND**

_____
Maria Bee, Deputy City Attorney
Attorney for Defendants

**ORDER**

**GOOD CAUSE APPEARING** it is so **ORDERED** that the Case Management Conference in this matter is continued to ~~July 20, 2005.~~ August 3, 2005

Dated: June 13, 2005          /s/ James Larson
_____
Hon. Magistrate Judge James Larson

2

Stipulation and Proposed Order to Continue CMC