JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney - State Bar #080142
WILLIAM E. SIMMONS, Supervising Trial Attorney - State Bar #121266
MARIA BEE, Deputy City Attorney - State Bar #167716
CHRISTOPHER KEE, Deputy City Attorney - State Bar #157758
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6512    Fax: (510) 238-6500
23039:363364
Attorneys for Defendants
CITY OF OAKLAND, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMMERIN K. BOYD,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, OFFICER J. SENA, OFFICER J. MCGUINN, and DOES 1- through 20, inclusive,<br><br>Defendants. | Case No. C 03-3391 JL ADR<br><br>[proposed] ORDER RE: CONTINUANCE OF HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT |

Having been advised that counsel for Defendants City of Oakland, Oakland Police Department and Officers Sena and McGuinn has a conflict on the recently continued hearing date, the Court orders that the hearing date for defendants' Motion for Summary Judgment, or, Alternatively, Partial Summary Judgment be continued from February 22, 2006 until March 1, 2006, at 9:30 a.m. in Courtroom F of the above captioned court.

IT IS SO ORDERED

Dated: ____February _7___, 2006

IT IS SO ORDERED
Judge James Larson

-1-

[proposed] ORDER RE: CONTINUANCE OF
DATE OF HEARING RE: DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT                        03-3391 JL